

**Littler Mendelson, PC**
900 Third Avenue
New York, NY  10022.3298

Christine L. Hogan
212.583.2676 direct
212.583.9600 main
212.898.1116 fax
clhogan@littler.com

August 24, 2019

**VIA ECF**

Hon. George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, NY 10007

Re:   *Jamiel v. Maison Kayser@usa.com et al.*, 19-cv-1389 (GBD)
      Request to Adjourn August 27, 2019 Initial Conference

Dear Judge Daniels:

We represent Defendants in the above-referenced matter. Pursuant to the Court's Individual Rule II(C), we write to request an adjournment of the August 27, 2019 Initial Conference to a time in September 2019. This is Defendants' first request to adjourn the Initial Conference. Defendants have been unable to reach the Pro Se Plaintiff to request his consent, as discussed in previous correspondence with the Court. *See* Docket No. 35, ¶2.

I will be on a family vacation in Hilton Head, South Carolina from August 21, 2019 through August 29, 2019. Thus, I cannot physically attend the conference on the originally scheduled date. In addition, Joseph Flanagan (a First-Year Associate) will be on vacation while also addressing medical-related matters from August 30, 2019 until September 9, 2019. Adjourning the conference to a time in the middle to end of September would ensure that both Joseph and I could attend the Initial Conference and address the Court's concerns.

We thank the Court for its time in addressing this matter.

Respectfully Submitted,

Christine L. Hogan

cc:   Akeel Abdul Jamiel, Pro Se Plaintiff (by mail – certificate of service below)
      544 Academy Street, Apt. #41A
      New York, NY 10034

Hon. George B. Daniels
August 24, 2019
Page 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Akeel Abdul Jamiel,<br><br>    Plaintiff,<br><br>  -against-<br><br>Maison Kayser@USA.com, Jennifer Villemin, Yann Ledoux, Abel Vivieros, Gabriela de La Vega, and Julian Ramirez, *individually*.<br><br>    Defendant. | Case No. 19-cv-1389<br><br>**CERTIFICATE OF SERVICE** |

  I hereby certify that on August 24, 2019, I caused to be served a true and correct copy of Defendants' Letter Requesting an Adjournment of the Initial Conference, by placing said document in an envelope to be delivered via USPS, upon the following pro se Plaintiff at the following address of record:

**Akeel Abdul Jamiel, Pro Se Plaintiff**
**544 Academy Street, Apt. #41A**
**New York, NY 10034**

  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

  Executed this 24th day of August, 2019 in Hilton Head, South Carolina.

                 By: *s/Christine L. Hogan*
                    Christine L. Hogan