UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/20/2020

Akeel Abdul Jamiel,

                Plaintiff,

-against-

Maison Kayser@USA.com et al.,

                Defendants.

1:19-cv-01389 (GBD) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

The parties are directed to appear for a Telephone Conference in this action on Thursday, March 5, 2020, at 2:00 p.m. The parties shall be prepared to discuss the status of discovery, including scheduling of depositions. The parties shall call the Court's conference line at 212-805-0110 once all parties are on the line.

The Clerk of Court is directed to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

DATED:     New York, New York
              February 20, 2020

_____
STEWART D. AARON
United States Magistrate Judge