

**Littler Mendelson, PC**
900 Third Avenue
New York, NY 10022.3298

Christine L. Hogan
212.583.2676 direct
212.583.9600 main
212.898.1116 fax
clhogan@littler.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/2/2020

March 2, 2020

**VIA ECF**

Hon. Stewart D. Aaron
United States District Court
Southern District of New York
500 Pearl Street, Room 1970
New York, NY 10007

ENDORSEMENT: Request GRANTED. The telephone conference is adjourned to March 4, 2020 at 2:00 p.m. The parties shall call the Court's conference line at 212-805-0110 once all parties are on the line. A copy of this Order will be emailed by chambers to the *pro se* Plaintiff. SO ORDERED.

Dated: 3/2/2020

Re:  *Jamiel v. Maison Kayser@usa.com et al.*, Case No. 19-cv-1389 (GBD)
     Request for an Adjournment of March 5, 2020 Teleconference

Dear Judge Aaron:

We represent Defendants in the above-referenced matter. Pursuant to Your Honor's Individual Rules I(D), we respectfully request an adjournment of the teleconference currently scheduled for March 5, 2020.

On February 20, 2020, the Court ordered that the parties appear for a status teleconference on March 5, 2020. (*See* Docket No. 77). Unfortunately, I have a deposition scheduled in a different legal matter between approximately 10:00am and 5:00pm that day, which prevents me from participating in the scheduled teleconference.

This is Defendants' first request for an adjournment. Mr. Seck consents to this request, but would prefer that the Court reschedule the teleconference for a date before March 5th. The parties are available on Wednesday, March 4, after 12:45pm, Friday, March 5, after 1pm, and Monday, March 9, after 12pm.

We thank the Court for its time in addressing this matter.

Respectfully submitted,

Christine L. Hogan

cc:   Akeel Abdul Jamiel, Pro Se Plaintiff (by email – certificate of service below)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Akeel Abdul Jamiel,<br><br>      Plaintiff,<br><br>    -against-<br><br>Maison Kayser@USA.com, Jennifer Villemin, Yann Ledoux, Abel Vivieros, Gabriela de La Vega, and Julian Ramirez, *individually*.<br><br>      Defendant. | Case No. 19-cv-1389<br><br>**CERTIFICATE OF SERVICE** |

  I hereby certify that on March 2, 2020, I caused to be served a true and correct copy of Defendants' Letter to the Court, by attaching said document to an email to be delivered upon the following pro se Plaintiff at the following email address of record:

**Akeel Abdul Jamiel, Pro Se Plaintiff**
**akeelabdul184@gmail.com**

  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

  Executed this 2nd day of March, 2020 in New York, New York.

              By: *s/Christine L. Hogan*
                 Christine L. Hogan