UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Akeel Abdul Jamiel,

                Plaintiff,

-against-

Maison Kayser@USA.com et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/5/2020

1:19-cv-01389 (GBD) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties and, for the reasons stated on the record, it is hereby Ordered as follows:

1. The application to withdraw filed by Plaintiff's limited-scope counsel, Christopher M. Sek (*see* Letter, ECF No. 78), is GRANTED;

2. Plaintiff is directed to appear for his deposition on March 10, 2020 at 10:30 a.m. The deposition will take place in the Jury Room of Courtroom 9B, United States Courthouse, 500 Pearl Street, New York, New York, 10007.

3. No later than Wednesday, March 18, 2020, counsel for Defendants shall file a letter indicating whether they will be representing Bertin Boston, a former employee of Maison Kayser, and, if not, providing Mr. Boston's contact information, including email address and last known address;

4. No later than Wednesday, March 18, 2020, Plaintiff shall file a letter with the Court setting forth no more than twenty-five questions to be posed to Mr. Boston, pursuant to Federal Rule of Civil Procedure 31(a)(2) (Depositions by Written Questions);

5. If counsel for Defendants' represent Mr. Boston, Mr. Boston shall respond to Plaintiff's written deposition questions no later than April 17, 2020;

6. No later than April 9, 2020, Plaintiff shall respond to Defendants' requests for production of documents; and

7. The deadline for the completion of discovery is extended until April 30, 2020.

The Clerk of Court is directed to mail a copy of this Order to the *pro se* Plaintiff. In addition, a copy of this Order will be emailed to Plaintiff by Chambers.

**SO ORDERED.**

DATED:    New York, New York
          March 5, 2020

_____
STEWART D. AARON
United States Magistrate Judge