

**Littler Mendelson, PC**
900 Third Avenue
New York, NY 10022.3298

Christine L. Hogan
212.583.2676 direct
212.583.9600 main
212.898.1116 fax
clhogan@littler.com

July 1, 2020

**VIA ECF**

Hon. Stewart D. Aaron
United States District Court
Southern District of New York
500 Pearl Street, Room 1970
New York, NY 10007

Re:   *Jamiel v. Maison Kayser@usa.com et al*., Case No. 19-cv-1389 (GBD) (SDA)
      Status of Discovery

Dear Judge Aaron:

We represent Defendants in the above-referenced matter. In accordance with the Court's June 1, 2020 Order (Docket No. 104), we write to provide the Court with an update on the status of discovery between the parties.

Plaintiff has yet to produce his responses to our First Request for Production of Documents, which the Court ordered to be produced by April 9, 2020, even after Defendants contacted Plaintiff two additional times since June 1, 2020 to request this information. (*See* Docket No. 83).

In addition, Defendants contacted Plaintiff requesting that he either provide his availability for his deposition before August 3, 2020—the current discovery deadline—or provide his soonest availability (if he could not be available before this current discovery deadline). Defendants have yet to receive any response from Plaintiff.

Defendants will continue their due diligence to contact Plaintiff in the hopes that the parties can move this matter forward during the current discovery period.  However, we would appreciate the Court's assistance in encouraging Mr. Jamiel to respond to our communications.

We thank the Court for its time in addressing this matter.

Respectfully submitted,

Christine L. Hogan

cc:   Akeel Abdul Jamiel, Pro Se Plaintiff (by email – certificate of service below)

Hon. Stewart D. Aaron
July 1, 2020
Page 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Akeel Abdul Jamiel,<br><br>               Plaintiff,<br><br>      -against-<br><br>Maison Kayser@USA.com, Jennifer Villemin, Yann Ledoux, Abel Vivieros, Gabriela de La Vega, and Julian Ramirez, *individually*.<br><br>               Defendant. | Case No. 19-cv-1389<br><br>**CERTIFICATE OF SERVICE** |

     I hereby certify that on July 1, 2020, I caused to be served a true and correct copy of Defendants' Letter to the Court, by attaching said document to an email to be delivered upon the following pro se Plaintiff at the following email address of record:

**Akeel Abdul Jamiel, Pro Se Plaintiff**
**akeelabdul184@gmail.com**

     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

     Executed this 1st day of July, 2020 in New York, New York.

                                                                          By:     *s/Christine L. Hogan*
                                                                                                  Christine L. Hogan