```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/10/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Akeel Abdul Jamiel,

                Plaintiff,

-against-

Abel Viveros et al.,

                Defendants.

1:19-cv-01389 (GBD) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

      In light of Plaintiff's Notice of Change of Address filed today (ECF No. 107) and the fact that the Court's previous Order (ECF No. 106) was sent to Plaintiff's old address, the Court extends the deadlines for Plaintiff to provide dates for his deposition and to respond to Defendants' request for production of documents until July 24, 2020.

      A copy of this Order will be mailed and emailed to Plaintiff by Chambers.

**SO ORDERED.**

DATED:     New York, New York
                July 10, 2020

_____
STEWART D. AARON
United States Magistrate Judge