

**Littler Mendelson, PC**
900 Third Avenue
New York, NY 10022.3298

Christine L. Hogan
212.583.2676 direct
212.583.9600 main
212.898.1116 fax
clhogan@littler.com

August 7, 2020

**VIA ECF**

Hon. George B. Daniels
United States District Court
Southern District of New York
500 Pearl St., Room 1310
New York, NY 10007-1312

SO ORDERED:

*/s/ George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: _____ AUG 1 0 2020

Re: *Jamiel v. Maison Kayser@usa.com et al.*, Case No. 19-cv-1389 (GBD) (SDA)
Request for One-Week Extension on Filing Objections to Magistrate's Report and Recommendations

Dear Judge Daniels:

We represent Defendants in the above-referenced matter. In accordance with Your Honor's Individual Rules, we write to request a one-week extension on the deadline to file Defendants' Objections to Magistrate Aaron's most recent Report and Recommendations, from August 11, 2020 until August 18, 2020. (*See* Fed. R Civ. Proc. 72(b)(2); Dkt Nos. 95, 112). This is Defendants' first request for such extension. Defendants' counsel did not ask Plaintiff for consent to extend this deadline given Plaintiff's lack of cooperation in this litigation thus far.

On July 28, 2020, Judge Aaron filed his Report and Recommendations on Defendants' second partial motion to dismiss. (*See* Dkt. No. 112). While a party traditionally has 14 days to submit any objections to a Magistrate's Report and Recommendations (*see* Fed. R Civ. Proc. 72(b)(2)), the effects from Tropical Storm Isaias has left Defendants' counsel with diminished access to internet and cell phone service for several days—resulting in counsel's severely limited capacity to use necessary resources for finishing Defendants' Objections. The one-week extension will allow Defendants' counsel to address these unforeseen issues before completing and filing Defendants' Objections.

We thank the Court for its time in addressing this matter.

Respectfully submitted,

*/s/ Christine L. Hogan*

Christine L. Hogan

cc: Akeel Abdul Jamiel, Pro Se Plaintiff (by email – certificate of service below)