```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/13/2020
```

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

Akeel Abdul Jamiel,

                Plaintiff,

-against-

Abel Viveros et al.,

                Defendants.

1:19-cv-01389 (GBD) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    It is hereby Ordered that Plaintiff shall file a response to Defendants' Letter Motion (ECF No. 120) no later than Friday, August 21, 2020.

    The parties are directed to appear for a Telephone Conference in this action to discuss Defendants' Letter Motion and the status of this action on Friday, August 28, 2020 at 11:00 a.m. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

    A copy of this Order will be mailed and emailed to Plaintiff by Chambers.

**SO ORDERED.**

DATED:    New York, New York
             August 13, 2020

                                                    _/s/ Stewart D. Aaron_____
                                                      STEWART D. AARON
                                                      United States Magistrate Judge