UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

AKEEL ABDUL JAMIEL,

                       Plaintiff,

   -against-

MAISON KAYSER@USA.COM; ABEL VIVEROS, *Head Baker at Maison Kayser*; GABY OR GABRIELA DE LA VEGA, *General Manager @ Maison Kayser*; JULIAN RAMIREZ, *Su Chef @ Maison Kayser*; ANA LEDESMA, *H.R.*; JENNIFER VILLEMIN,

                       Defendants.

------------------------------------- x

MEMORANDUM DECISION AND ORDER

19 Civ. 1389 (GBD) (SDA)

GEORGE B. DANIELS, United States District Judge:

Defendants informed this Court that corporate Defendant Breadroll, LLC *d/b/a* Maison Kayser has recently filed for Chapter 11 bankruptcy protection. There is currently an automatic stay as to the Chapter 11 Defendant, pursuant to 11 U.S.C. § 362.

Defendants request that this Court stay the above-captioned matter in its entirety. (ECF No. 127.) Defendants' request to extend the automatic stay to the remaining Defendants in this action is DENIED without prejudice. Any application to extend the stay to parties other than the corporate Defendant in bankruptcy should be made to the bankruptcy court, as that is the proper forum for determining whether the stay should be extended to other parties.

The parties should address any issues regarding discovery or case management to Magistrate Judge Aaron, to whom this case has been referred for General Pretrial supervision. (ECF No. 13.)

Dated: New York, New York
       October 7, 2020

                                                    SO ORDERED.

                                                    GEORGE B. DANIELS
                                                    United States District Judge