UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Akeel Abdul Jamiel,

                Plaintiff,

-against-

Maison Kayser@USA.com et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/30/2020

1:19-cv-01389 (GBD) (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

Before the Court is a motion by Defendants seeking an extension of time to complete discovery (ECF No. 130). In response, Plaintiff filed a document titled "Motion to Dismiss" in which he opposes Defendants' motion and also moves for a mistrial. (*See* ECF No. 131.) It is hereby Ordered as follows:

1. Defendants' motion for an extension of time to complete discovery (ECF No. 130) is GRANTED IN PART and DENIED IN PART. The deadline for the completion of discovery is extended until November 30, 2020. The Court will entertain an application for a further extension if, as of that date, Defendants have made a motion to stay in the Bankruptcy Court and such motion remains pending.

2. Plaintiff's motion for a mistrial (ECF No. 131) is DENIED AS MOOT, as no trial had occurred in this action.

The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff. In addition, a copy of this Order will be emailed to Plaintiff by Chambers.

**SO ORDERED.**

DATED:   New York, New York
         October 30, 2020

                                                  */s/ Stewart D. Aaron*
                                                  STEWART D. AARON
                                                  United States Magistrate Judge