```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/6/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Akeel Abdul Jamiel,

                                Plaintiff,

-against-

Maison Kayser@USA.com et al.,

                               Defendants.

1:19-cv-01389 (GBD) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

Following a telephone conference today, during which only Defendants appeared, it is hereby Ordered as follows:

1. The deadline for the completion of discovery is extended until March 31, 2021.

2. Plaintiff shall respond to Defendants' August 28, 2020 deficiency letter (*see* 12/14/20 Letter Motion, ECF No. 137, at 1) no later than January 15, 2021.

3. If Plaintiff fails to respond to the deficiency letter by January 15, 2021, Defendants shall, no later than January 22, 2021, file a motion to compel. Any such motion shall include as an attachment all relevant discovery requests.

Plaintiff is warned that failure to comply with Orders of the Court may result in the imposition of sanctions up to and including a recommendation that this case be dismissed.

The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff. In addition, a copy of this Order will be emailed to Plaintiff by Chambers.

**SO ORDERED.**

DATED:    New York, New York
             January 6, 2021

                                                                        _____
                                                                        STEWART D. AARON
                                                                        United States Magistrate Judge