

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Akeel Abdul Jamiel,

                    Plaintiff,

-against-

Maison Kayser@USA.com et al.,

                    Defendants.

1:19-cv-01389 (GBD) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

It is hereby Ordered that Plaintiff shall respond to Defendants' motion to dismiss (*see* Notice of Mot., ECF No. 141), no later than February 8, 2021. If Plaintiff fails to respond, the Court will consider the motion unopposed.

The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff. In addition, a copy of this Order will be emailed to Plaintiff by Chambers.

**SO ORDERED.**

DATED:     New York, New York
                  January 25, 2021

_____
STEWART D. AARON
United States Magistrate Judge