**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
AKEEL ABDUL JAMIEL,

                    Plaintiff,

    -against-                                 19 **CIVIL** 1389 (GBD)(SDA)

                                                  **<u>JUDGMENT</u>**

MAISON KAYSER@USA.COM, ABEL
VIVEROS, GABRIELA DE LA VEGA,
JULIAN RAMIREZ, ANA LEDESMA,
JENNIFER VILLEMIN, ANN LEDOUX,

                    Defendants.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated March 11, 2021, Magistrate Judge Aaron's Report is ADOPTED. Defendants' motion to dismiss is GRANTED. Adoption of this Report moots an earlier motion to dismiss filed by Defendants; accordingly, this case is closed.

**Dated:** New York, New York

      March 17, 2021

                                                        **RUBY J. KRAJICK**
                                                        **Clerk of Court**

                                  **BY:**        *K. Mango*
                                                       **Deputy Clerk**